STATE v. HENRY HOLBUT.

*Indictment for Larceny—Larceny—Felonious Intent.*

(For Syllabus, see *State* v. *Coy, supra.*)

INDICTMENT for larceny tried before *Bryan, J.*, and a jury, at Spring Term, 1896, of POLK Superior Court. The facts are the same as those stated in the report of the case of *State* v. *Coy*, at this Term. The defendant was convicted and appealed.

*Attorney General*, for State.
*Mr. Wm. J. Montgomery*, for defendant (appellant).

FAIRCLOTH, C. J. : Indictment for larceny. This case is governed by *State* v. *Coy*, decided at this Term.

New trial.